IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| KEVIN REIMANN and <br> KATIQUE BELLOTT <br><br>    Plaintiffs <br> v. <br><br> FRED BIGOT, individually and <br> d/b/a PHYSIQUE TRANSFORMATIONS <br> and d/b/a B & B FITNESS and <br> B & B FITNESS ENTERPRISES, INC. <br> d/b/a PHYSIQUE TRANSFORMATIONS <br> and d/b/a B & B FITNESS <br><br>    Defendants | CIVIL ACTION <br><br> FILE NO. 1:06-CV-02082-HTW |

---

## VOLUNTARY DISMISSAL

COMES NOW, Plaintiffs, KEVIN REIMANN and KATIQUE BELLOTT, and dismiss their VERIFIED COMPLAINT without prejudice.

This 13th day of December 2007

                /s/ IAN M. FALCONE
                Ian M. Falcone
                Attorney for Plaintiffs
                Georgia Bar No. 254470

THE FALCONE LAW FIRM, P.C.
363 Lawrence Street
Marietta, GA  30060
(770) 426-9359

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| KEVIN REIMANN and | * | |
| KATIQUE BELLOTT | * | |
| | * | |
| Plaintiffs | * | CIVIL ACTION |
| v. | * | |
| | * | FILE NO. 1:06-CV-02082-HTW |
| FRED BIGOT, individually and | * | |
| d/b/a PHYSIQUE TRANSFORMATIONS | * | |
| and d/b/a B & B FITNESS and | * | |
| B & B FITNESS ENTERPRISES, INC. | * | |
| d/b/a PHYSIQUE TRANSFORMATIONS | * | |
| and d/b/a B & B FITNESS | * | |
| | * | |
| Defendants | * | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **VOLUNTARY DISMISSAL** has been served upon the following named individual by placing same in the United States Mail, prepaid, and addressed as follows:

B&B Fitness, Inc.  
c/o Brian Bennett, Registered Agent  
651 Kennesaw Due West Road  
Kennesaw, GA  30152

Fred Bigot  
2001 Wellcrest Drive  
Kennesaw, Georgia

This 13th day of December 2007

/s/ IAN M. FALCONE  
Ian M. Falcone  
Attorney for Plaintiff  
Georgia Bar No. 254470

THE FALCONE LAW FIRM, P.C.  
363 Lawrence Street  
Marietta, GA  30060  
(770) 426-9359